NUMBER 13-02-204-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

ELLIS-McGINNIS CONSTRUCTION CO.,                                  Appellant,

 

                                                   v.

 

THE
ESTATE OF HOLLY YANTA, DECEASED,                            Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 3 

                                 of Cameron
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yanez

Opinion
Per Curiam

 








Appellant, ELLIS-McGINNIS
CONSTRUCTION CO., perfected an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas,
in cause number 01-CPC-249-C. 
After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that this case has been resolved and appellant no longer wishes
to prosecute this appeal.  Appellant
requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of May, 2002.